UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 4333**

_ELMER B. HARPER_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_THE City of New York and the New York City Police Department._

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

# COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Elmer B. Harper_
             ID # _____
             Current Institution _____
             Address _600 Concord Ave. #5-B_
                     _Bronx, New York 10455_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                3

Defendant No. 1   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 2   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____
                  _____

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
_____

B.   Where in the institution did the events giving rise to your claim(s) occur? _____
_____

C.   What date and approximate time did the events giving rise to your claim(s) occur? On June 2, 2010 at approximately noon as Elmer B. Harper was on my way home from my drug program, when I was accused of committing larceny.

Rev. 05/2010                    4

D. Facts:

**What happened to you?**

On June 2, 2008 at 12:30 p.m. Northbound platform East 20th Street Subway Station (#6 line) and on May 13, 2009 in Supreme Court, New York County, 100 Centre Street.

**Who did what?**

Claimant, who was 50 years at the time, was arrested without probable cause and accused of larceny from the person when bystanders and witnesses specifically told police that Claimant —

**Was anyone else involved?**

had nothing to do with the incident. Police negligently failed to question the witnesses or take statements from them and instead told them to leave the scene.

**Who else saw what happened?**

As a result of this false arrest, Claimant sustained substantial damages. The case was dismissed against the Claimant on May 13, 2009 by Hon. Carol Berkman in Supreme Court New York County.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Deprivation of liberty for nearly one year from 6/3/08 to 5/13/09. Emotional distress caused by wrongful incarceration, false arrest and deprivation of Constitutional rights.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like to be compensated for being falsely arrested, wrongfully incarcerated and deprivation of my Constitutional rights.

VI.   **Previous lawsuits:**

[On these claims]

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.   Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.   Court (if federal court, name the district; if state court, name the county) _____
  _____

  3.   Docket or Index number _____

  4.   Name of Judge assigned to your case _____

  5.   Approximate date of filing lawsuit _____

  6.   Is the case still pending?  Yes ____   No ____

       If NO, give the approximate date of disposition _____

  7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
  _____
  _____

[On other claims]

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.   Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2.   Court (if federal court, name the district; if state court, name the county) _____
  _____

  3.   Docket or Index number _____

  4.   Name of Judge assigned to your case _____

  5.   Approximate date of filing lawsuit _____

  6.   Is the case still pending?  Yes ____   No ____

       If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _The case was dismissed._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of May, 20 11.

Signature of Plaintiff  _Elmer B. Harper_

Inmate Number _____

Institution Address _600 Concord Ave. #5-B_
_Bronx, New York 10455_

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 31 day of May, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Elmer B. Harper_

 X 13—Notice of Claim against The City of New York: Section 50e General Municipal Law 6-83    JULIUS BLUMBERG, INC., PUBLISHER 62 White Street, New York, N. Y. 10013

Case 1:11-cv-04338-CM   Document 2   Filed 06/03/11   Page 8 of 12

*In the Matter of the Claim of*

ELMER B. HARPER

against

THE CITY OF NEW YORK AND THE NEW YORK CITY POLICE DEPARTMENT

TO: COMPTROLLER OF THE CITY OF NEW YORK

**PLEASE TAKE NOTICE** that the undersigned claimant(s) hereby make(s) claim and demand against the City of New York, as follows: [Office of the Comptroller requests the following additional information: in Section 2, specific defect (e.g. pothole) if applicable; in Section 3, street address wherever possible.]

1. *The name and post-office address of each claimant and claimant's attorney is:*

Elmer B. Harper
600 Concord Avenue
Apt. 5B
Bronx, New York 10455

Harding & Moore, Esqs.
80-59 Lefferts Blvd.
Kew Gardens, New York 11415
718-805-1500

2. **The nature of the claim:** False arrest; unlawful imprisonment; malicious prosecution; negligence in investigation of facts leading to claimant's arrest; violation of Title 42 USC Section 1983 based on violation of claimant's rights under Fourth and Fourteenth amendments of the United States Constitution based on false arrest, unlawful imprisonment and malicious prosecution; deprivation of privileges and immunities under the Fourteenth amendment.

3. **The time when, the place where and the manner in which the claim arose:** On June 2, 2008 at 12:30 p.m., northbound platform East 29th Street subway station (#6 line), and on May 13, 2009 in Supreme Court, New York County, 100 Centre Street. Claimant, who is 50 years of age, was arrested without probable cause and accused of larceny from the person when he was accused of acting in concert with a group of youths whom he did not know. Bystanders and witnesses specifically told police that claimant had nothing to do with the incident. Police negligently failed to question the witnesses or take statements from them and instead told them to leave the scene. As a result of this false arrest, claimant sustained substantial damages. The case was dismissed against the claimant on May 13, 2009 by Hon. Carol Berkman in Supreme Court, New York County.

4. **The items of damage or injuries claimed are (include dollar amounts):** Deprivation of liberty for nearly one year from 6/3/08 to 5/13/09, emotional distress caused by wrongful incarceration, false arrest and deprivation of constitutional rights; arrears in rent leading to possible eviction from his apartment because of inability to pay rent while incarcerated.

**TOTAL AMOUNT CLAIMED**  ONE MILLION DOLLARS                ($1,000,000.00)

The undersigned claimant(s) therefore present this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant(s) intend(s) to commence an action on this claim.

Dated: July 6, 2009

X *Elmer B. Harper*
—————————————————————————
The name signed must be printed beneath

*ELMER B. HARPER*
—————————————————————————
The name signed must be printed beneath

HARDING & MOORE, ESQS.
—————————————————————————
Attorney(s) for Claimant(s)
Office and Post Office Address, Telephone Number
80-59 Lefferts Blvd.
Kew Gardens, New York 11415
718-805-1500

**INDIVIDUAL VERIFICATION**

State of New York, County of New York ss.:

being duly sworn, deposes and says that deponent is the claimant in the within action; that ..he has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

Sworn to before me, this 6th
day of July 19 2009

MARIKO GWYNNE
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN THE COUNTY OF NEW YORK
NO. 01GW6185907
EXPIRES 04/21/2012

**CORPORATE VERIFICATION**

State of New York, County of ss.:

being duly sworn, deposes and says that deponent is the
of
corporate claimant named in the within action; that deponent has read the foregoing Notice of Claim and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

This verification is made by deponent because said claimant is a                 corporation, and deponent an officer thereof, to wit its
The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows:

Sworn to before me, this
day of                                  19

In the Matter of the Claim of

ELMER B. HARPER

against

THE CITY OF NEW YORK
AND THE NEW YORK CITY POLICE DEPARTMENT

Notice of Claim Against
the City of New York

HARDING & MOORE, ESQS.
Attorney(s) for Claimant(s)
Office and Post Office Address
80-59 Lefferts Blvd.
Kew Gardens, New York 11415
718-805-1500

# RUTH L. YANG
ATTORNEY AT LAW
40 EXCHANGE PLACE, SUITE 2010 NEW YORK, NEW YORK 10005
TEL: (212) 931-9988  ryang@walzyanglaw.com  FAX: (212) 202-6405

May 29, 2009

Re:   <u>People v. Elmer Harper</u>
      New York County Indictment No. 2806-2008

To Whom It May Concern:

I was Mr. Harper's assigned counsel in the criminal action entitled <u>People v. Elmer Harper</u>, New York County Indictment No. 2806-2008.

Please be advised that Mr. Harper was incarcerated in the above referenced criminal case for the period from June 2, 2008 through May 13, 2009.

He was released from jail on May 13, 2009 when the indictment was dismissed upon motion by the defense.

Please call me if you have any questions.

Sincerely,

Ruth L. Yang

SUPREME COURT OF THE STATE OF NEW YORK  FEE: $10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 05/18/2009                    CERTIFICATE OF DISPOSITION NUMBER: 28215

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:              02806-2008
              VS.                   LOWER COURT NUMBER(S):    2008NY041499
                                    DATE OF ARREST:           06/02/2008
                                    ARREST #:                 M08647605
                                    DATE OF BIRTH:            10/16/1957
HARPER, ELMER                       DATE FILED:               06/16/2008
_____
          DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 05/13/2009 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  BERKMAN,C   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".


IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 05/18/2009.

                                        _____
                                                  COURT CLERK

**VERIFICATION OF INCARCERATION**

NEW YORK CITY DEPARTMENT OF CORRECTION

VERNON C. BAIN CENTER (MARITIME FAC. 3)
1 Hellack Street
Bronx, New York 10474

DATE:                          **02-APR-2009**

NAME (last,first,mi):          **HARPER,ELMER**

SENTENCE #:

NYSID #:                       **03940623M**

DATE OF BIRTH:                 **16-OCT-57**

ADMISSION DATE:                **03-JUN-08**

PROJECTED DISCHARGE DATE:

SOCIAL SECURITY #:             **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**

1. This document is provided for the inmate as verification of incarceration only.

2. This document does not verify or calculate inmate's jail time.

_____
Inmate's Signature

_____          _____
P. WALKER                                 P. Walker
Associate Counselor's Name (print)        Associate Counselor's Signature